1  PHILLIP A. TALBERT
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099



AUG 04 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America



## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATION ASSOCIATED WITH SSSMITHPHD@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 1:17 SW 00251 SKO<br><br>**ORDER COMMANDING GOOGLE INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT AND ORDER, AND TO SEAL ENTIRE MATTER** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google Inc., a provider of communication service and/or a remote computing service, not to notify any person (including the subscriber(s) and customer(s) of the accounts listed in the subpoenas) of the existence of the search warrant referenced in the caption of this Order, until further order of this Court.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, and intimidate potential witnesses. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google Inc. shall not disclose the existence of the search warrant, or this Order of the Court, to the listed subscriber(s) or to any other person, unless and until otherwise authorized to do so by the Court, except that Google Inc. may disclose

the search warrant and this Order to its attorney for the purpose of receiving legal advice.

IT IS FURTHER ORDERED THAT the search warrant and supporting affidavit in the above-captioned matter, together with the government's application and this Order, be kept under seal until further order of the Court.

Dated: __August 3, 2017__

_____
Hon. Sheila K. Oberto
United States Magistrate Judge