McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>INFORMATION ASSOCIATED WITH SSSMITHPHD@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | CASE NO. 1:17-SW-00251-SKO<br><br>MOTION AND ORDER TO UNSEAL SEARCH WARRANT |

The Search Warrant in this case, having been sealed by Order of the Court, and it appears that it no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Laura D. Withers, Assistant United States Attorneys, hereby moves that the Search Warrant in this case be unsealed and made public record.

Dated: August 23, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney

IT IS SO ORDERED.

Dated: **August 23, 2019**

UNITED STATES MAGISTRATE JUDGE

1